

# THE ATTORNEY GENERAL

## OF TEXAS

WAGGONER CARR
ATTORNEY GENERAL

AUSTIN 11, TEXAS

October 13, 1964

Honorable Joe D. Carter
Chairman
Texas Water Commission
Austin, Texas

Opinion No. C-331

Re: Must a water district that
seeks, pursuant to Article
7880-3a, to increase its
powers to include that of
sanitary sewage disposal
accompany with its petition
filed with the Texas Water
Commission the $250.00 de-
posit provided for in Arti-
cle 7880-21 V.C.S.

Dear Mr. Carter:

In your letter you asked: "Must a deposit of $250.00
accompany a petition filed with the Texas Water Commission pur-
suant to 7880-3a, said petition requesting the addition of sani-
tary sewer powers to a district which did not at the time of its
creation have such power conferred upon it?"

The pertinent part of Article 7880-3a, Vernon's Civil
Statutes provides that;

". . .the duty to hear and determine
petitions for the creation of a district
proposed to exercise the powers and func-
tions in this Section provided shall, ex-
clusively, be vested in the State Board
of Water Engineers of the State of Texas,
who shall hear and determine the same
under the applicable provisions of Section
5 of Chapter 280, Acts of the Regular
Session of the Forty-first Legislature. . . .
And (7) any districts now or hereafter exist-
ing under the provisions of said Chapter 25,
which district did not at the time of its
creation have conferred upon it the powers
in this Section provided for, may receive
and assume the additional powers by this

-1578-

Section provided for in the same manner and
by the same procedures as are provided for
in this Section. . . ."

Article 7880-21 V.C.S. provides in part that;

". . .A petition to be filed with said
Board must be accompanied by a deposit of
Two Hundred and Fifty ($250.00) Dollars for
the use of the State, as provided for other
fees collected under this act; no part of
which shall be returned, except as herein-
after provided. . . ."

Under Article 7880-3a, a water district seeking to
obtain authority to provide for sanitary sewage disposal must
do so "in the same manner and by the same procedures as are
provided for in this Section." (Emphasis supplied.) The
procedures to be followed are "the applicable provisions of
Section 5 of Chapter 280, Act of the Regular Session of the
Forty-first Legislature." Section 5 is now codified as Arti-
cle 7880-21, V.C.S. This being a direct mandate to follow
the procedure outlined by Article 7880-21 we see no other
alternative but to say that this "procedure," like all others
provided in Article 7880-21, must be followed. It would be
an invidious distinction to say that when you file a petition
to create a district with sewage disposal powers you must pay
the deposit, while on the other hand a district which seeks
to enlarge their powers to encompass this type of activity is
exempt from the payment of such a deposit.

The purpose of the deposit is to help defray the
cost of filing the petition and holding a hearing, and since
both actions require that a petition be filed and a hearing
held it would certainly be unjust to say that one should pay
the deposit and the other should not. Such an interpretation
would, in our opinion, do violence to sound statutory con-
struction in that it would amount to unequal treatment of
people in similar circumstances.

Therefore, you are respectfully advised that when a
water district seeks to have the Texas Water Commission grant
it the power to dispose of sanitary sewage, pursuant to Arti-
cle 7880-3a, it must accompany with its petition the $250.00
deposit provided for in Article 7880-21.

### S U M M A R Y

When a water district seeks to enlarge its powers to include that of sanitary sewage disposal, it must, pursuant to Article 7880-21 V.C.S., deposit $250.00 as provided for in said Article.

Very truly yours,

WAGGONER CARR
Attorney General of Texas

George C. Black, Jr.
Assistant Attorney General

GCB:gm:dj

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
John Reeves
Arthur Sandlin
Robert Owen
Paul Phy

APPROVED FOR ATTORNEY GENERAL
By: Roger Tyler